UNITED STATES BANKRUPTCY COURT
DISTRICT OF EASTERN MASSACHUSETTS

_____

IN RE:  
Michele Weber,  
    Debtor

CHAPTER 7  
CASE NO.  09-16643-FJB

_____

Michele Weber,  
    Plaintiff

vs.

ADVERSARY PROCEEDING  
NO. 11-1095-FJB

Educational Credit Management Corporation,  
    Defendant

_____

## JOINT STIPULATION FOR
## DISMISSAL OF THIS PROCEEDING WITHOUT PREJUDICE

NOW COME the Plaintiff, Michele Weber ("Plaintiff"), and the Defendant, Educational Credit Management Corporation ("ECMC"), and do hereby jointly stipulate that this proceeding be dismissed without prejudice.

The parties note that the Plaintiff has been conditionally approved for an administrative discharge of all of her ECMC held student loan debt through a program administered by the United States Department of Education.  As such, the parties do not see a need at this time to litigate this matter any further, as it is expected that the said administrative discharge process for the Plaintiff's student loan debt will resolve this matter.

Pursuant to Local Rule 9019-1 (c) a motion to approve this stipulation is not required

Respectfully submitted,

Educational Credit Management  
Corporation  
By its attorney,  
/s/ John F. White_____  
John F. White, Esq.  BBO# 558367  
jwhite@lipmanwhite.com  
Lipman & White  
1212 Hancock Street, Ste. 130  
Quincy, MA 02169  
Tel. 617-328-5600

Michele Weber,  
By her attorney,

/s/ Sanford I . Furman (by JFW)  
Sanford I. Furman, Esq.  
60 Walnut St. 4th Floor  
Wellesley, MA 02481  
Tel.  617-243-0800  
BBO# 545943

-2-

## CERTIFICATE OF SERVICE

I, John F. White, attorney for ECMC hereby certify that I have served a copy of this Joint Stipulation on the plaintiff's attorney via electronic notice on January 13, 2012.

                          /s/ John F. White_____
                          John F. White, Esq.


Sanford I. Furman, Esq.
60 Walnut St. 4th Floor
Wellesley, MA 02481
Via electronic notice